## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, f/k/a THE AETNA CASUALTY AND SURETY COMPANY, | : : : : | CIVIL ACTION NO.<br><br>3:14-CV-1504 (JBA) |
| Plaintiff, | : : | |
| vs. | : : | |
| EXCALIBUR REINSURANCE CORPORATION f/k/a PMA CAPITAL INSURANCE COMPANY, | : : : | |
| Defendant. | : | OCTOBER 31, 2014 |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Travelers Casualty and Surety Co. f/k/a Aetna Casualty and Surety Co. ("Travelers"), hereby dismisses the captioned action, each party to bear its own fees and costs. The Defendant, Excalibur Reinsurance Corporation f/k/a PMA Capital Insurance Company, has neither answered Travelers' complaint nor moved for summary judgment.

                                              TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, Plaintiff,

                                              By   /s/ Thomas O. Farrish_____
                                                 Mitchell R. Harris (ct09216)
                                                 mrharris@daypitney.com
                                                 Thomas O. Farrish (ct26917)
                                                 tofarrish@daypitney.com
                                                 Day Pitney LLP
                                                 242 Trumbull St.
                                                 Hartford, Connecticut 06103-3499
                                                 (860) 275-0100
                                                 (860) 275-0343 (fax)
                                                 Its Attorneys

44719023.1

## CERTIFICATION OF SERVICE

      I hereby certify that on this date, a copy of foregoing **Notice of Dismissal** was filed electronically and served by first-class mail on:

Excalibur Reinsurance Corporation
1880 JFK Boulevard, Suite 801
Philadelphia, PA 19103

                          /s/ Thomas O. Farrish
                          Thomas O. Farrish